## File Hashes for IP Address 68.56.252.128

**ISP:** Comcast Cable
**Physical Location:** Sarasota, FL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/28/2013 18:23:08 | 7F7E95C9487CE032751995CC58A23CC7E0B50BEF | Tuesday Morning |
| 02/28/2013 16:29:12 | 5FAB4E102E5394CEC2AEE88C2B7329E950C9D845 | Apartment in Madrid |
| 02/19/2013 18:49:20 | CE9A8878F331FD2FCC518ECB54C1A4BFD52298AB | White Hot |
| 02/18/2013 16:01:55 | 0BEDC34897CC36ECF404D2E2EB1BE3E03ADF3F51 | Afternoon Solo |
| 02/18/2013 15:43:22 | DC8E164514CFF79A383FD5EC3076008343FCBA5A | Show You My Love |
| 02/16/2013 00:48:11 | 554F315ECA9DB806CD79460F582D03880FCA3A5A | The Ultimate Blowjob |
| 02/15/2013 22:00:22 | 488A0F27CB97745A6772353E34FA19E702DADE29 | Afternoon Picnic |
| 02/15/2013 21:54:35 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 01/16/2013 16:41:14 | 984EB6DB0CEE90D435E86036ECBA42618A3FE7E8 | Tiffany Teenagers In Love |
| 12/24/2012 20:40:10 | 56D40E4C6C6F87213F6D9C2DCB27ADBA9D153B5D | Cum With Me |
| 11/06/2012 13:42:23 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 10/19/2012 16:44:47 | 286EE118AC12256B52C458EAEF28DDF9996080F5 | MaryJane Young Love |
| 10/19/2012 16:13:55 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 10/19/2012 16:01:06 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 10/19/2012 15:58:52 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 09/21/2012 23:08:09 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

LMFL57