**Copyrights-In-Suit for IP Address 68.56.252.128**

**ISP:** Comcast Cable
**Location:** Sarasota, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/15/2013 |
| Afternoon Solo | PENDING | 01/27/2013 | 01/29/2013 | 02/18/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/28/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 10/19/2012 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 12/24/2012 |
| MaryJane Young Love | PA0001762404 | 08/15/2011 | 11/23/2011 | 10/19/2012 |
| Show You My Love | PA0001793969 | 02/16/2011 | 04/14/2012 | 02/18/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/06/2012 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 02/16/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 09/21/2012 |
| Tiffany Teenagers In Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 01/16/2013 |
| Tuesday Morning | PENDING | 02/26/2013 | 02/28/2013 | 02/28/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 10/19/2012 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 02/19/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/15/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 16**

EXHIBIT B

LMFL57