**Expanded Surveillance of IP Address 68.56.252.128**

**ISP:** Comcast Cable
**Location:** Sarasota, FL

| Hit Date  UTC | Filename |
|---|---|
| 03/16/2013 | Arrietty (2010) [1080p] |
| 03/12/2013 | X-Art - Red Satin - Mia Malkova [720p].mp4 |
| 03/12/2013 | This Is 40 UNRATED (2012) [1080p] |
| 03/12/2013 | First Shift - Legacy by Hugh Howey (Wool 06) |
| 03/12/2013 | Second Shift - Order by Hugh Howey (Wool 07) |
| 03/10/2013 | Argo (2012) [1080p] |
| 03/10/2013 | Flight (2012) [1080p] |
| 03/10/2013 | Consumer Reports - March 2013 (gnv64).pdf |
| 03/10/2013 | Consumer Reports January 2013 |
| 03/10/2013 | Les Misérables (2012) [1080p] |
| 03/09/2013 | Tinker Bell (2008) |
| 03/09/2013 | Looper (2012) [1080p] |
| 03/09/2013 | The Way Back (2010) [1080p] |
| 03/09/2013 | Robot and Frank (2012) [1080p] |
| 03/09/2013 | Zero Dark Thirty (2012) [1080p] |
| 03/09/2013 | Lincoln (2012) |
| 03/06/2013 | Shadow Dancer (2012) [1080p] |
| 03/05/2013 | The Reader (2008) [1080p] |
| 03/05/2013 | [www.Cpasbien.me] Dido-Girl_Who_Got_Away_(Deluxe_Edition)-2013 |
| 03/05/2013 | Eminem - The Marshall Mathers LP (2000) |
| 03/05/2013 | Hitchcock (2012) [1080p] |

EXHIBIT C

LMFL57

| Hit Date UTC | Filename |
|---|---|
| 03/04/2013 | Kelly Clarkson - Greatest Hits - Chapter One [Deluxe Version] (2012) |
| 03/04/2013 | National Geographic 2013-03 |
| 03/04/2013 | Jiro.Dreams.Of.Sushi.2011.SWESUB.DVDrip.xvid-SC666 |
| 03/04/2013 | Epub Dump-February 12 2013-P2P |
| 03/04/2013 | Puscifer - Donkey Punch the Night (2013) [mp3@320] |
| 03/04/2013 | Kelly Clarkson - 2011 - Stronger |
| 03/04/2013 | Jiro.Dreams.Of.Sushi.2011.DVDRip.XViD-MULTiPLY[rarbg] |
| 03/03/2013 | The Hobbit An Unexpected Journey (2012) [1080p] |
| 02/28/2013 | X-Art - Ready for Bed - Lexi Belle [1080p].mp4 |
| 02/28/2013 | New York Times Bestsellers-February 24 2013-P2P |
| 02/28/2013 | x-art_kaylee_apartment_in_madrid_720.mp4 |
| 02/28/2013 | X-Art - Tuesday Morning - Tiffany F [1080p].mov |
| 02/28/2013 | x-art_kaylee_mad_passion_1080.mp4 |
| 02/28/2013 | Hitman Contracts OST |
| 02/28/2013 | X-Art - Mad Passion - Kaylee [720p].mp4 |
| 02/27/2013 | IL-2 Sturmovik Birds Of Prey PS3-CLANDESTiNE.rar |
| 02/27/2013 | To Rome With Love 2012 BDRip 720p x264 DXVA AAC-MZON3 |
| 02/27/2013 | Samsara.2011.Behind.the.Scenes.720p.BluRay.x264-CtrlHD [PublicHD] |
| 02/27/2013 | Lilo.And.Stitch.2002.720p.WEB-DL.H264.AAC2.0-HDCLUB [PublicHD] |
| 02/27/2013 | Rise of the Guardians (2012) |
| 02/27/2013 | Enchanted (2007) [1080p] {5.1} |
| 02/25/2013 | [ www.Speed.Cd ] - House.of.Cards.2013.S01E02.720p.HDTV.x264-IMMERSE |
| 02/25/2013 | House.of.Cards.S01E04.WEBRip.720p.H.264.AAC.2.0-HoC [PublicHD] |
| 02/25/2013 | House.of.Cards.S01E03.720p.WEBrip.AAC2.0.x264-NTb [PublicHD] |
| 02/25/2013 | House.of.Cards.S01E02.720p.WEBrip.AAC2.0.x264-NTb [PublicHD] |

EXHIBIT C

LMFL57

| Hit Date  UTC | Filename |
|---|---|
| 02/25/2013 | House.of.Cards.S01E01.720p.WEBrip.AAC2.0.x264-NTb [PublicHD] |
| 02/25/2013 | [ www.Speed.Cd ] - House.Of.Cards.2013.S01E03.720p.HDTV.x264-EVOLVE |
| 02/24/2013 | Muse |
| 02/21/2013 | x-art_maryjane_natural_beauty_1080= |
| 02/19/2013 | [X-Art] - Pure Passion - Mary [720p] |
| 02/19/2013 | X-Art_-__Mary_White_Hot_HD_1080p |
| 02/19/2013 | Searching.for.Sugar.Man.2012.720p.BRRip.x264.AC3-JYK |
| 02/19/2013 | Beasts.of.the.Southern.Wild.2012.720p.BRRip.x264.AC3-JYK |
| 02/19/2013 | runescapeautofight.rar |
| 02/19/2013 | Charlie and the Chocolate Factory (2005) [1080p] |
| 02/19/2013 | Tinker Bell And The Lost Treasure avchd (EN NL) B-Sam |
| 02/19/2013 | Bridge to Terabithia (2007) [1080p] |
| 02/19/2013 | Tinker Bell Pixie Hollow Games (2011)MiniMovie x264 720p DD5.1 NLSubs BB |
| 02/18/2013 | Chasing Maveric (2012) [1080p] |
| 02/18/2013 | Wreck-It Ralph (2012) [1080p] |
| 02/18/2013 | MGP 2006 [XazteR] |
| 02/16/2013 | X-Art - Sacred Romance - Connie [1080p].mov |
| 02/16/2013 | prnfle1590x.mov |
| 02/15/2013 | x-art_mary_anneli_afternoon_picnic_1080-chkm8te.mov |
| 02/15/2013 | x-art_kristen_working_out_together_720.wmv |
| 02/15/2013 | Bibi Jones, Jesse Jane - Babysitters 2 HD 1080p |
| 02/11/2013 | The Impossible (2012) [1080p] |
| 02/11/2013 | P!nk - The Truth About Love (Deluxe Version) 320kbps CBR MP3 VYTO [VX] [P2PDL] |
| 02/10/2013 | Prodigy - Smack My Bitch Up.mp3 |
| 02/10/2013 | The Prodigy - The Fat Of The Land _15th Anniversary Edition (2012) 2CD |

EXHIBIT C

LMFL57

| Hit Date UTC | Filename |
|---|---|
| 02/06/2013 | Upside Down (2012) [1080p] |
| 02/06/2013 | Skyfall (2012) [1080p] |
| 02/06/2013 | Australia (2008) [1080p] |
| 01/27/2013 | Compliance (2012) [1080p] |
| 01/27/2013 | Cosmopolis (2012) [1080p] |
| 01/27/2013 | The Paperboy (2012) [1080p] |
| 01/26/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 01/26/2013 | Taken 2 (2012) [1080p] |
| 01/18/2013 | Hotel Transylvania (2012) [1080p] |
| 01/18/2013 | Kill Them Softly (2012) [1080p] |
| 01/16/2013 | angels |
| 01/16/2013 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 01/16/2013 | prnfle1164x.mov |
| 01/16/2013 | btra11057_3000.mp4 |
| 01/16/2013 | Die Zeit 2007 10.pdf |
| 01/16/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/16/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 01/15/2013 | Spy Kids (2001) [1080p] |
| 01/15/2013 | Spy Kids 2 Island of Lost Dreams (2002) [1080p] |
| 01/15/2013 | Alice In Chains - Hollow [iTunes] (2013-Single) {{SRG}} |
| 01/12/2013 | defekt_andra_akten_2002_DivX.avi |
| 01/07/2013 | Dinosour (2000) [1080p] |
| 01/07/2013 | Dead Poets Society (1989) [1080p] |
| 01/06/2013 | Frankenweenie (2012) [1080p} |
| 01/06/2013 | Rihanna - Unapologetic (iTunes Deluxe Version) |

EXHIBIT C

LMFL57

| Hit Date  UTC | Filename |
|---|---|
| 01/06/2013 | Atoms for Peace - 2 Singles 2012 |
| 12/26/2012 | Mixed Music [Hindi] [Bollywood] - Btjunky |
| 12/24/2012 | VA.Xclusive.Ibiza.Chill.2007.[WwW.LoKoTorrents.CoM] |
| 12/24/2012 | X-Art - Cum With Me - Beatrice [1080p].mp4 |
| 12/24/2012 | Polar Bears A Summer Odyssey (2012) [1080p] |
| 12/24/2012 | Cloud Atlas (2012) [1080p] |
| 12/24/2012 | Game Change (2012) [1080p] |
| 12/24/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/24/2012 | X-Art - A Girls Fantasy - Beatrice [1080p].mov |
| 12/24/2012 | Robots (2005) [1080p] |
| 12/24/2012 | Deadfall (2012) [1080p] |
| 12/23/2012 | The Offspring - Greatest Hits CDRip [Bubanee] |
| 12/20/2012 | Koi No Yokan |
| 12/18/2012 | Pocahontas (1995) [1080p] |
| 12/18/2012 | Bruno Mars - Unorthodox Jukebox (iTunes Deluxe Version) 2012 320kbps CBR MP3 [VX] [P2PDL] |
| 12/15/2012 | Not An Anthology of Solo Piano Jazz [FLAC] |
| 12/15/2012 | Arbitrage (2012) [1080p] |
| 12/09/2012 | Christmas - Silent Night - [TFM] - 2012 |
| 12/09/2012 | The Words (2012) [1080p] |
| 12/09/2012 | Arthur Christmas 2011 720p BRRip x264 aac vice |
| 12/09/2012 | Trouble With The Curve (2012) [1080p] |
| 12/02/2012 | Coldplay - Viva La Vida [ChattChitto RG] |
| 11/30/2012 | The Bourne Legacy (2012) [1080p] |
| 11/30/2012 | Lawless (2012) [1080p] |
| 11/28/2012 | ATK Galleria atkexotics.com atkpremium.com - Jedda 002 - 6 - 1023 pics in 10 sets |

EXHIBIT C

LMFL57

| Hit Date UTC | Filename |
|---|---|
| 11/28/2012 | The_Big_Bang_Theory_12.01.20_13-55_pro7_25_TVOON_DE.mpg.HQ.avi.otrkey |
| 11/28/2012 | Horton Hears A Who (2008) [1080p] |
| 11/28/2012 | I Robot (2004) [1080p] |
| 11/28/2012 | Aliens in the Attic (2009) [1080p] |
| 11/28/2012 | Rise of the Planet of the Apes (2011) |
| 11/28/2012 | Ratatouille (2007) [1080p] |
| 11/28/2012 | Ice Age 4 Continental Drift (2012) [1080p] |
| 11/28/2012 | Tinker Bell Secret of the Wings (2012) [1080p] |
| 11/27/2012 | Men In Black 3 (2012) [1080p] |
| 11/27/2012 | End of Watch (2012) [1080p] |
| 11/27/2012 | LedZeppelinCelebrationDay2012READNFO1080pMBluRayx264-SEMTEX |
| 11/26/2012 | Meet The Robinsons (2007) [1080p] |
| 11/26/2012 | Race To Witch Mountain (2009) |
| 11/26/2012 | The Tale of Despereaux (2008) [1080p] |
| 11/26/2012 | Monsters Inc (2001) [1080p] |
| 11/26/2012 | Hocus Pocus (1993) [1080p] |
| 11/26/2012 | The Odd Life of Timothy Green (2012) [1080p] |
| 11/26/2012 | Edward Scissorhands (1990) [1080p] |
| 11/26/2012 | Fantastic Mr Fox (2009) [1080p] |
| 11/26/2012 | Men In Black II (2002) [1080p] |
| 11/26/2012 | Green Day - ¡Dos! (2012) |
| 11/26/2012 | National Treasure (2004) [1080p] |
| 11/26/2012 | sem-lzcd1080p.mkv |
| 11/26/2012 | Led Zeppelin - Celebration Day |
| 11/26/2012 | Rango (2009) [1080p] |

EXHIBIT C

LMFL57

| Hit Date UTC | Filename |
|---|---|
| 11/26/2012 | Mr Brooks (2007) [1080p] |
| 11/25/2012 | Toy Story 2 (1999) |
| 11/25/2012 | Diary of a Wimpy Kid Dog Days (2012) [1080p] |
| 11/25/2012 | The Last Airbender (2010) [1080p] |
| 11/25/2012 | Toy Story 3 (2010) |
| 11/25/2012 | Ted (2012) [1080p] |
| 11/25/2012 | Paranorman (2012) [1080p] |
| 11/17/2012 | X-Art - Ibiza Love - Gianna [720p].mp4 |
| 11/17/2012 | The Dark Knight Rises (2012) [1080p] |
| 11/17/2012 | The Amazing Spider-Man 2012 DVDRip XviD-PIRATE |
| 11/17/2012 | The Perks of Being a Wallflower 2012 BRRip XviD-STAR |
| 11/17/2012 | prnfle866x.mov |
| 11/17/2012 | Kristen-HappyCouples.mov |
| 11/17/2012 | X-Art - Caprice-Backdoor Lover.mov |
| 11/17/2012 | X-Art - Finding Elysium - Susie, Kaylee [1080p].mov |
| 11/17/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/15/2012 | X-Art - Lovers Quarrel - Ivy [1080p].wmv |
| 11/15/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 11/15/2012 | X-Art - Vacation Fantasy - Susie [1080p].mov |
| 11/12/2012 | John Cale-Shifty Adventures in Nookie Wood CD Full |
| 11/12/2012 | Ghandi (1982) [1080p] |
| 11/12/2012 | Meet Dave (2008) [1080p] |
| 11/08/2012 | The Watch (2012) [1080p] |
| 11/08/2012 | Soundgarden - King Animal [2012-Album] Mp3-320Kbps NimitMak SilverRG |
| 11/08/2012 | Stolen (2012) [1080p] |

EXHIBIT C

LMFL57

| Hit Date UTC | Filename |
|---|---|
| 11/08/2012 | x-art_ivy_sebastian_soul_mates_720.mov |
| 11/08/2012 | Ted (2012) |
| 11/04/2012 | Transformers (2007) |
| 11/04/2012 | Shrek 4 (2010) [1080p] |
| 11/04/2012 | The Nutty Professor (1996) [1080p] |
| 11/04/2012 | Brave (2012) [1080p] |
| 11/04/2012 | Shrek (2001) [1080p] |
| 11/02/2012 | Band Perry - The Band Perry [Bonus Track](2010) |
| 10/31/2012 | Finding Nemo (2003) |
| 10/26/2012 | Jurassic Park III (2001) [1080p] |
| 10/26/2012 | [ www.Speed.Cd ] - Dead.Good.Job.S01E01.720p.HDTV.x264-FTP |
| 10/26/2012 | Jurassic Park The Lost World (1997) [1080p] |
| 10/25/2012 | The Amazing Spiderman (2012) |
| 10/25/2012 | Jurassic Park (1993) [1080p] |
| 10/22/2012 | Taylor Swift - Red (Deluxe Edition ) (Album - 2012) - [HP] |
| 10/22/2012 | Demi Lovato - Give Your Heart a Break.mp3 |
| 10/22/2012 | Hunger Games |
| 10/22/2012 | Kiss (Deluxe Version) |
| 10/19/2012 | Ransom (Mel Gibson) Xvid.avi |
| 10/19/2012 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |
| 10/19/2012 | X-Art - Young Passion - Baby [720p].mp4 |
| 10/19/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 10/19/2012 | prnfle536x.mov |
| 10/07/2012 | Madagascar Escape 2 Africa (2008) [1080p] {5.1} |
| 10/07/2012 | The 2nd Law (Deluxe Edition) |

EXHIBIT C

LMFL57

| Hit Date  UTC | Filename |
|---|---|
| 10/07/2012 | Madagascar (2005) 1080p |
| 10/07/2012 | Madagascar 3 Europes Most Wanted (2012) [1080p] |
| 10/07/2012 | Madagascar 3: Europe's Most Wanted (2012) 1080p BluRay x264 + Subtitles [GlowGaze] |
| 10/07/2012 | ADELE - Skyfall.mp3 |
| 10/06/2012 | P90x2 Deluxe AVI Files |
| 10/06/2012 | Tezz 2012 Hindi Dvdrip 720p x264 ...Hon3y |
| 10/06/2012 | Teri Meri Kahaani 2012 Hindi DvDrip 720p x264...Hon3y |
| 10/06/2012 | Madagascar 3 Europes Most Wanted (2012) [3D] [HSBS] |
| 10/06/2012 | Rowdy Rathore 2012 Hindi 720p BRRip CharmeLeon Silver RG |
| 10/06/2012 | Singh is Kinng 2008 Hindi 720p DvDRip CharmeLeon Silver RG |
| 10/06/2012 | Consumer Reports November 2012 [azizex666] |
| 10/06/2012 | National Geographic Magazine USA October 2012 [azizex666] |
| 10/05/2012 | Ek Tha Tiger 2012 Hindi 720p DvDRip CharmeLeon Silver RG |
| 10/05/2012 | Shirin Farhad Ki Toh Nikal Padi 2012 Hindi 720p DvDRip CharmeLeon Silver RG |
| 10/05/2012 | Bol Bachchan 2012 Hindi DvDrip 720p x264...Hon3y |
| 09/26/2012 | The Three Stooges (2012) [1080p] |
| 09/26/2012 | Katy Perry Part of Me (2012) [1080p] |
| 09/26/2012 | AutoPatcher_2000_Dec05_ENU_Lite.exe |
| 09/26/2012 | Indiana Jones and the Kingdom of the Crystal Skull (2008) [1080p] |
| 09/26/2012 | Indiana Jones And The Temple Of Doom (1984) [1080p] |
| 09/26/2012 | Indiana Jones and the Raiders of the Lost Ark (1981) [1080p] |
| 09/26/2012 | bones.s04e07.bdrip.rus.eng.novafilm.tv-1.mp4 |
| 09/26/2012 | Indiana Jones and the Last Crusade (1989) [1080p] |
| 09/24/2012 | Cosmopolis.2012.720p.BluRay.x264-AN0NYM0US [PublicHD] |
| 09/24/2012 | Moonrise Kingdom (2012) [1080p] |

EXHIBIT C

LMFL57

| Hit Date  UTC | Filename |
|---|---|
| 09/24/2012 | Men In Black (1997) [1080p] |
| 09/22/2012 | WoodmanCastingX - Hardcore - Kate Jones, BB Black [1080p].mp4 |
| 09/22/2012 | X-Art - Threes Company - Caprice, Anneli [1080p].mp4 |
| 09/21/2012 | Prometheus (2012) [1080p] |
| 09/21/2012 | Miya_Rai_-_Hot_Wet_Indian_Sex_HD_720p |
| 09/21/2012 | Red Lights (2012) [1080p] |
| 09/16/2012 | Safe (2012) [1080p] |
| 09/16/2012 | Walt Disney Classic-Sleeping Beauty(1959) 720p BDRip x264 Ac3 5.1 mp4 Sub[X@720] |
| 09/16/2012 | Tangled Ever After 2012 1080p BluRay x264-MgB |

EXHIBIT C

LMFL57